**Damon BONNER, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 74234.

Missouri Court of Appeals,
Eastern District,
Division One.

March 23, 1999.

Jane Berman, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Krista D. Boston, Asst. Atty. Gen., Jefferson City, for respondent.

Before PUDLOWSKI, P.J., CRANDALL and AHRENS, J.J.

### ORDER

PER CURIAM.

Damon Bonner, Movant, appeals from the circuit court's judgment denying his Rule 24.035 motion without a hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth

the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).